Glenn P. Berger
Alexander R. Fink
JAFFE & ASHER LLP
600 Third Avenue
New York, NY  10016
Telephone: (212) 687-3000
Facsimile: (212) 687-9639
Attorneys for Morgan Stanley Smith Barney LLC and
Morgan Stanley Smith Barney FA Notes Holdings LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| LAWRENCE T. SIVILLI, | Case No. 14-20112-MBK |
| Debtor. | |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to the Bankruptcy Code, Jaffe & Asher LLP, hereby appears on behalf of creditor, Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC (collectively, "Morgan Stanley").

**PLEASE TAKE FURTHER NOTICE** that Morgan Stanley hereby requests pursuant to Rules 2002, 9007, and 9010 of the Rules of Bankruptcy Procedure, that notice of any action taken or any motions filed by any other party-in-interest, including the Debtor, be sent to its undersigned counsel at the address set forth below:

JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Attn: Glenn P. Berger, Esq.
Telephone:  (212) 687-3000
Facsimile:  (212) 687-9639
gberger@jaffeandasher.com

The foregoing request includes not only the notices and papers referred to in the Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral and transmitted or conveyed in any manner, including notices required by Subdivision (a)(2), (3) and (7) of Bankruptcy Rule 2002, and any other documents brought in this Court with respect to these proceedings.

Dated:     New York, New York
           May 29, 2014

                                        JAFFE & ASHER LLP
                                        Attorneys for Morgan Stanley
                                        Smith Barney LLC and Morgan Stanley
                                        Smith Barney FA Notes Holdings LLC

                              By:       _/s/ Alexander R. Fink_____
                                        Alexander R. Fink
                                        600 Third Avenue
                                        New York, NY 10016
                                        (212) 687-3000

To:    Lawrence T. Sivilli
       16 Mulberry Lane
       Flemington, NJ 08822

       Joseph J Mania, III, Esq.
       Law Office of Joseph J. Mania III
       203 Main St., Suite A 234
       Flemington, NJ 08822

       John Michael McDonnell, Esq.
       Chapter 7 Trustee
       McDonnell Crowley, LLC
       115 Maple Avenue, Suite 201
       Red Bank, NJ 07701

       Office of the United States Trustee
       1085 Raymond Blvd.

3

One Newark Center Suite 1401
Newark, NJ 07102-5504

Joel A. Ackerman, Esq.
Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ 07092-0024